J Christopher Jorgensen
Nevada Bar No. 5382
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
CJorgensen@lewisroca.com

*Attorneys for Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ERIN ROBERTSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WINTRUST FINANCIAL CORPORATION D/B/A VETERANS FIRST MORTGAGE**, a Utah company,<br><br>Defendant. | Case No. No. 3:24-cv-00366-ART-CSD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 7.1(b), Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage ("Wintrust") by counsel, respectfully request a twenty-eight (28) day enlargement of the time to respond to the Complaint of Plaintiff Erin Robertson in this action ("Plaintiff"). In support thereof, Defendant states:

1. On August 15, 2024, Plaintiff filed his Complaint in the United States District Court for the District of Nevada.

2. Pursuant to a waiver of service, Wintrust's response to the Complaint is currently due on November 15, 2024 (ECF No. 6).

3. Wintrust respectfully requests a twenty-eight (28) day extension of time, through and including December 6, 2024, to respond to Plaintiff's Complaint.

4. Good cause exists for the requested extension. Wintrust requires additional time to complete its investigation of the allegations in the Complaint and prepare its responsive pleading.

126623243.1

1  In addition, the requested extension will allow additional time for counsel for Plaintiff and counsel
2  for Wintrust to confer over the merits of the claims.

3      5.    This is the first motion to extend this deadline to respond to the Complaint sought
4  by Wintrust in this matter.

5      6.    This motion is made in good faith and not for purposes of undue delay. No party
6  will be prejudiced by the relief sought.

7      7.    Counsel for Defendant conferred with Plaintiff regarding the extension of time
8  requested herein, who confirmed that Plaintiff does not oppose the relief sought herein.

9  WHEREFORE, Defendant Wintrust respectfully requests that the Court grant this
10  Unopposed Motion and extend the time for Wintrust to respond to the Complaint by and through
11  December 6, 2024.

12  DATED this 8th day of November, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (SBN: 5382)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage*

**ORDER**

**IT IS SO ORDERED.**



UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2024

- 2 -

126623243.1