J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
CJorgensen@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398

*Attorneys for Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINTRUST FINANCIAL CORPORATION D/B/A VETERANS FIRST MORTGAGE, a Utah company,<br><br>Defendant. | Case No.  No. 3:24-cv-00366-ART-CSD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>**(SECOND REQUEST)** |

      Pursuant to Fed. R. Civ. P. 6(b) and L.R. 7.1(b), Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage ("Wintrust") by counsel, respectfully request a fourteen (14) day enlargement of the time to respond to the Complaint of Plaintiff Erin Robertson in this action ("Plaintiff").  In support thereof, Defendant states:

      1.     On August 15, 2024, Plaintiff filed her Complaint in the Unites States District Court for the District of Nevada.

      2.     Wintrust's initial response to the Complaint was due on November 15, 2024 (ECF No. 6).

      3.     On November 8, 2024, Wintrust requested a twenty-eight (28) day extension of time, through and including December 6, 2024, to respond to Plaintiff's Complaint, (ECF No. 7), and the Court granted that extension on November 12, 2024 (ECF No. 8).

4. Wintrust respectfully requests a further fourteen (14) day extension of time, through and including December 20, 2024, to respond to Plaintiff's Complaint.

5. Good cause exists for the requested extension. The parties are in discussions about the potential for early resolution and regarding the merits of the claims. The parties are working cooperatively and have shared information to further those discussions. Wintrust would like to continue those discussions to see if early resolution is possible prior to filing its responsive pleading.

6. This is the second motion to extend this deadline to respond to the Complaint sought by Wintrust in this matter.

7. This motion is made in good faith and not for purposes of undue delay. No party will be prejudiced by the relief sought.

8. Counsel for Defendant conferred with Plaintiff regarding the extension of time requested herein, who confirmed that Plaintiff does not oppose the relief sought herein.

WHEREFORE, Defendant Wintrust respectfully requests that the Court grant this Unopposed Motion and extend the time for Wintrust to respond to the Complaint by and through December 20, 2024.

DATED this 26th day of November, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen (SBN: 5382)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 27, 2024

126791385.1