UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **ERIN ROBERTSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WINTRUST FINANCIAL CORPORATION**,<br><br>*Defendant.* | Case No. 3:24-cv-00366-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robertson and Defendant Wintrust Financial Corporation hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: July 9, 2025.   */s/ Jeffrey A. Cogan*
　　　　　　　　　　　　Jeffrey A. Cogan, Esq.
　　　　　　　　　　　　Nevada Bar No. 4569
　　　　　　　　　　　　JEFFREY A. COGAN CHARTERED, a PLLC
　　　　　　　　　　　　1057 Whitney Ranch Drive, Suite 350
　　　　　　　　　　　　Henderson, Nevada 89014
　　　　　　　　　　　　Telephone: (702) 474-4220

1

Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Counsel for Plaintiff
and all others similarly situated*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J. Christopher Jorgensen*
J. Christopher Jorgensen (SBN: 5382)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant Wintrust Financial Corporation D/B/A Veterans First Mortgage*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: July 9, 2025